# Court of Appeals
# of the State of Georgia

ATLANTA,  October 12, 2021

*The Court of Appeals hereby passes the following order:*

**A22E0013. PR II REGIONS PLAZA LLC et al v. MARRANCI.**

The parties in this case have filed a joint consent emergency motion pursuant to Court of Appeals Rule 40 (b) requesting an extension of the time to file an application for discretionary appeal of an order entered on September 9, 2021,[1] in Gwinnett County State Court Case No. 21C05505. The motion is hereby **GRANTED** and the deadline for filing the application is extended until **October 26, 2021**.[2]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/12/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] See Court of Appeals Rule 3 ("When a filing deadline falls on a Saturday, Sunday, an official state or national holiday, . . . the deadline is extended to the next business day.").

[2] See Court of Appeals Rules 16 (c), 31 (i).